JEMMA E. DUNN
Nevada Bar No. 16229
MATTHEW T. HALE
Nevada Bar No. 16880
MARIAN L. MASSEY
Nevada Bar No. 14579
**GREENBERG GROSS LLP**
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135
Telephone: (702) 777-0888
Facsimile: (702) 777-0801
 *JDunn@GGTrialLaw.com*
 *MHale@GGTrialLaw.com*
 *MMassey@GGTrialLaw.com*

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| OLIVIER JOUIN, an individual, | Case No.: 3:25-cv-00705-CDS-CSD |
| Plaintiff | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| v. | |
| GREATER NEVADA WINDOWS AND DOORS, LLC, a Delaware Limited Liability Company; ESLER COMPANIES, LLC, a Delaware Limited Liability Company; RENEWAL BY ANDERSEN, LLC, a Delaware Limited Liability Company, | |
| Defendants | |

Plaintiff Olivier Jouin ("Plaintiff"), by and through his counsel of record, GREENBERG GROSS LLP, and Defendants Greater Nevada Windows and Doors, LLC, Esler Companies, LLC, and Renewal by Andersen, LLC ("Defendants"), by and through their respective counsel of record, O'HAGAN MEYER PLLC and BROWNSTEIN HYATT FARBER SCHRECK, LLP, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action with prejudice, including all claims against all parties, with each party to bear its own attorneys' fees and costs.

**IT IS SO STIPULATED.**

| /s/ Marian L. Massey | /s/ Jeff Winchester | /s/ Arthur A. Zorio |
|---|---|---|
| JEMMA E. DUNN | JEFF WINCHESTER | ARTHUR A. ZORIO |
| Nevada Bar No. 16229 | Nevada Bar No. 10279 | Nevada Bar No. 6547 |
| MATTHEW T. HALE | ERIC LUNDY | **BROWNSTEIN HYATT** |
| Nevada Bar No. 16880 | Nevada Bar No. 16921 | **FARBER SCHRECK, LLP** |
| MARIAN L. MASSEY | **O'HAGAN MEYER PLLC** | 5520 Kietzke Lane, Suite 110 |
| Nevada Bar No. 14579 | 300 S. 4th Street, Suite 1250 | Reno, Nevada 89511 |
| **GREENBERG GROSS LLP** | Las Vegas, Nevada 89101 | |
| 1980 Festival Plaza Drive, Suite 730 | | DIANE J. ZELMER |
| Las Vegas, Nevada 89135 | *Attorneys for Greater Nevada* | Florida Bar No. 27251 |
| | *Windows and Doors, LLC Esler* | **BERENSON LLP** |
| *Attorneys for Plaintiff* | *Companies, LLC* | 4495 Military Trail, Suite 203 |
| | | Jupiter, Florida 33458 |
| | | *Attorneys for Renewal by Andersen, LLC* |

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

_____
UNITED STATES DISTRICT JUDGE

DATED: May 18, 2026

STIPULATION FOR DISMISSAL WITH PREJUDICE